**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-2182-BNB

GLEN BLACKBURN,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp – Florence,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion to certify the class and for appointment of counsel to represent the class filed on September 14, 2009, (Doc. #4), is DENIED as premature.

    Dated:  September 25, 2009